**Libbie J. Newton, appellee, v. William H. Newton, appellant.**
Bill for separate maintenance on the ground of cruelty.    Decree

for complainant. Appeal from the Circuit Court of Jefferson county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

Conrad Schul and William T. Pace, for appellant. Curtis Williams, for appellee.

Mr. Justice Boggs delivered the opinion of the court.